John Targowski  (Bar No. 226053)
**Targowski Law Office, PLLC**
4640 Admiralty Way Ste 500
Marina Del Ray, CA 90292
Telephone:  (310) 920 9177
Email: jtargo@icloud.com

Attorney for Defendant

OSCAR MORALES CAMACHO SR.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR MORALES CAMACHO SR.,<br><br>Defendant. | Case No.  CR 18-121(A)-SJO-5<br><br>**DEFENDANT OSCAR MORALES CAMACHO SR'S SENTENCING MEMORANDUM**<br><br>**Hearing Date: January 27, 2020**<br><br>**Hearing Time: 2:00 PM** |

Defendant Oscar Morales Camacho Sr., by and through his counsel of record, John Targowski, hereby submits this sentencing memorandum.

DATED: January 13th, 2020                    Respectfully Submitted,

                                             /s/         John Targowski
                                             John Targowski
                                             Attorney for Oscar Morales Camacho Sr.

1

**DEFEENDANT'S SENTENCING MEMORANDUM**

## PROCEDURAL HISTORY

On March 8, 2018 an indictment from an October 2017 grand jury was unsealed with the Court charging Mr. Camacho Sr. with a single count (five) of violating 18 U.S.C. §924(a)(1)(A), for allegedly making a false statement in a federal firearm licensee's records during a 2016 firearms purchase. Pursuant to a summons Mr. Camacho Sr. was arraigned on this indictment on March 23, 2018 and bond conditions were set by the Magistrate. Mr. Camacho Sr. remains free on these bond conditions, residing in his home in Salinas, California without issue to this date.

On October 31, 2018 a first superseding indictment from a February 2018 grand jury was filed with this Court charging Mr. Camacho Sr. with an additional four counts for allegedly violating 18 U.S.C. §371 conspiracy to make a false statement in a federal firearms licensee's records, relating to several firearms purchases made in 2016.

On October 15, 2019 pursuant to a written plea agreement filed with the Court on October 7, 2019 (dkt #172), Mr. Camacho Sr. entered a guilty plea to count 4 of the FSI, a single violation of 18 U.S.C. §371 for his role in helping his son Oscar Camacho Jr. acquire collector specification colt hand guns despite his status as a prohibited person. He participated in a presentence interview with USPO Jonathan Manahan on November 6th, 2019 for a PSIR disclosed to the parties on December 23, 2019 (dkt #302).

Mr. Camacho Sr. expects to be sentenced by this Court on January 27th, 2020.

## SCORING OBJECTIONS

Mr. Camacho Sr. believes that the base offense level in ¶ 35 of the PSIR may be 14 and not 12 as determined by the USPO. The USPO does not believe that subsection (6) of §2K2.1(a), which scores 14 points should apply, but rather applies subsection (7), the catch-all provision that scores 12 points.

While such a revision would benefit Mr. Camacho Sr.'s adjusted offense level by 2 points and his total offense level by 1 point, the factual basis of the plea agreement stipulates to a 14 point base offense level and includes the following stipulated language concerning the intend of Mr. Camacho Sr.'s co-

conspiring son: "Camacho Jr. intended to purchase the pistols for himself, but was prohibited from purchasing firearms due to his status as a felon. (Dkt #172, pg 13, ln 8-10) as well as the stipulated language about Mr. Camacho Sr.'s own knowledge: "Defendant knew Camacho Jr. was prohibited from purchasing firearms due to his felon status." (Dkt #172, pg 13, ln 13-14).

These two stipulations would suggest support for the portion of subsection (6) that requires the defendant to have "…committed the offense with knowledge, intent, or reason to believe that the offense would result in the transfer of a firearm or ammunition to a prohibited person" (§2K2.1(a)(7)) and thus trigger a 14 point base offense level. Without including these two stipulations in calculating the appropriate offense level, Mr. Camacho Sr. believes the catch-all subsection (7) would apply here since there would not necessarily be knowledge of the intended recipient's prohibited status.

With a base offense level of 14, a 2-level enhancement for the number of firearms under §2K2.1(b)(1)(A), the adjusted offense level in ¶ 41 should reflect 16 points, the reduction for acceptance of responsibility in ¶ 43 should therefore fall under §3E1.1(b) for a 3 level reduction since the adjusted offense level is 16 or greater instead of under § 3E1.1(a), which only calls for a 2 level reduction. This revised calculation leads to a total offense level in ¶ 44 of 13 instead of 12 and an adjusted sentencing guideline range of 12 to 18 months instead of 10 to 16 months. The adjusted guideline range remains a zone C offense.

## FACTUAL OBJECTIONS

Mr. Camacho Sr. does not have any factual objections to his PSIR.

## 18 U.S.C. § 3553(A) FACTORS

**Mr. Camacho Sr.'s Childhood, Upbringing, Immigration, Family and Work History**

Mr. Camacho Sr. was born in 1954 in Michoacan, Mexico. He grew up in a rural area of Mexico with his parents and 8 siblings. His father owned land and farmed strawberries, tomatoes, corn and wheat in addition to taking care of cattle and growing up, Mr. Camacho Sr. and his siblings helped his parents

farm. His childhood was a happy one and Mr. Camacho Sr. doesn't report issues with food scarcity, housing or clothing. (PSIR ¶ 54-56). Mr. Camacho Sr.'s highest level of education in Mexico was the sixth grade. His family wanted him to remain in school much longer, but he preferred to work on the family farm.

Around 1975, at the age of 21 Mr. Camacho Sr. first came to the U.S to pursue work opportunities. His first stay lasted about 3 years and he returned to Mexico when his opportunities did not work out. He only remained in Mexico for a few years before attempting to once again make a life in the United States.

In 1981, while working in the U.S., Mr. Camacho Sr., met his future wife, Esther Maravilla-Flores and the two were married. Their union produced four children, ranging in age from 36 to 24. Two of his four children, Oscar Camacho Jr., and Rafael Ruben Camacho Maravilla are co-defendants in the instant matter. Specifically, Mr. Camacho Sr. is directly implicated as a "straw purchaser" for firearms that were intended to be available for use by Oscar Camacho, Jr. (PSIR ¶ 57-59). There is no record or evidence suggesting Mr. Camacho Sr. had any involvement in helping other prohibited persons acquire firearms other than his namesake.

Mr. Camacho Sr. has remained residing in the U.S. as a lawful permanent resident since the 1980s. In 1997 he obtained a chef certificate in San Jose and began operating a bakery in Salinas. Since 2003, along with other family members, he has operated Camacho's Foods in Monterey County, California. His small family-owned business makes and distributes Mexican snacks and products. Mr. Camacho Sr. remains tremendously proud of his family's enterprise and has worked more than half his lifetime to see it succeed. (PSIR ¶ 69-70).

**Mr. Camacho's Deteriorating Health**

Mr. Camacho Sr. is 65 years old and is being treated for various ailments. He suffers from diabetes, high blood pressure and has elevated cholesterol. He takes prescription medication for all three of these conditions.

In June 2019 Mr. Camacho Sr. sought medical attention for severe pain in his stomach and was diagnosed with gall stones and pancreatitis. He underwent surgery to remove the gall stones and his gall bladder. At the time of his PSIR interview, Mr. Camacho Sr. indicated he needed to seek further evaluation and treatment for colon polyps and was treating with a urologist due to the frequency of his urge to urinate. (PSIR ¶ 59-63).

**Mr. Camacho's Sincere Remorse**

Mr. Camacho Sr.'s actions in the instant offense as well as the resulting legal consequences have severely traumatized him. He often breaks down in tears. He experiences extreme anxiety and sadness. He was proscribed sedatives to help sleep at night and generally has difficulty coping with this case due to the remorse he has for his conduct and its severe impact on his family. At his PSIR interview, he expressed difficulty with living with the consequences of his actions.

Mr. Camacho Sr.'s niece, Ms. Sonia Rodriguez, in her support letter remarks that Oscar "…has showed huge regret of his poor decisions, he has showed how much he regrets all of the actions and decisions he made." (Exh 3). Mr. Camacho Sr.'s other niece, Ms. Elizabeth Rodriguez, in her support letter states that "Oscar extremely regrets the poor actions he decided to make, he was extremely upset and regrets everything he did. I have personally heard him talk about how much he wishes he could go back in time and change the poor decisions and actions that he decided to take." (Exh 2).

## CONCLUSION

Mr. Camacho Sr's conduct is serious enough to warrant punishment by this Court. However, given the nature of this offense, Mr. Camacho Sr.'s lack of criminal history, his age and deteriorating physical health, his consistent employment record and supportive family, a sentence of **12 months home**

//

//

**confinement** would be sufficient, but not greater than necessary, to achieve all the statutory goals of sentencing.

DATED: January 13th, 2020                    Respectfully Submitted,

/s/        John Targowski
John Targowski
Attorney for Oscar Morales Camacho, Sr.

## Exhibits

**Exhibit 1 Viridiana Camacho's Letter to the Court (Defendant's Daughter)**

**Exhibit 2 Elizabeth Rodriguez's Letter to the Court (Defendant's Niece)**

**Exhibit 3 Sonia Rodriguez's Letter to the Court (Defendant's Niece)**

January 12, 2020

Dear Judge Otero,

My name is Viridiana Esther Camacho and I am Oscar Camacho Sr's only Daughter. I have known Mr.Camacho my whole thirty one years of life. Oscar is generally a nice, understanding and supportive person. Very loving toward his three grandchildren. My father is a person that basically came to the United States with nothing. He came here and made a life with his Mother and Siblings. He eventually met my Mother Esther Camacho, and they formed their own family. While my brothers and I grew up our dad was always working if it wasn't at his job at Fresh Express it was years later when he bought the bakery. He was always home for dinner despite being his own boss and being on top of his business. He always found time for his family. We would take summer vacations.  We also went to Mexico almost every December to be with our big family. As my brothers and I grew up our Father was always supportive in what we wanted to do. I was a senior in High School and I wanted to join the Army. A recruiter came to our house and talked to my parents and although he didn't exactly want me to enlist but he supported me and wanted me to be happy no matter what.  Now as an adult I do see my Father differently but a thing that does remain the same about him is that he is not easily coaxed or persuaded. When my Parents home was foreclosed on they told him to give up but he didn't. He did everything in his power to regain it. Which is why it confuses me when he is being accused of being a straw buyer for my Brother Oscar Camacho Jr. My Dad is not a person to be pushed or cornered into something he does not want to do even by his son. My Father is a person that goes by the book. He is not someone that thinks he is above the law or someone to break rules. My Father has showed remorse since my brother was arrested in December of 2017 and he has shown further remorse since he was arrested in March 2018. If he had known this was going to affect his sons and his family he would have never purchased a single thing from the Detective. I know he also does not want to lose his United States Residency. His family is here in Monterey County and it is not as easy as it seems for us to visit Mexico regularly. And i can not imagine the toll it would take on him and my mother being away from their children and grandchildren. I hope these words help you understand my Father a little better. Thank You for your time.

Sincerely,

*[signature]*

To Whom it May Concern,

    Oscar is a very close uncle of mine, he has always been a very responsible, hard working, respectful and caring person towards everyone. He has always been a very friendly person and he is the type to always be there for everyone and help with whatever he can. The offense Oscar committed was extremely out of character for him and in reality, no one ever expected it. It was a huge surprise for the whole family. Oscar extremely regrets the poor actions he decided to make, he was extremely upset and regrets everything he did. I have personally heard him talk about how much he wishes he could go back in time and change the poor decisions and actions that he decided to take, especially because of how much it negatively affected his family. I believe Oscar will not commit any further offenses anymore because he has learned from his past actions and he is a man of his word. Oscar would not want to put his family through a situation like that ever again. Oscar has spoken about how he wants to be more focused on his family and make up for all of his wrong beings. I am willing to go and visit Oscar multiple times a week, have conversations with him and remind him of his principles.

Thank You,

Elizabeth Rodriguez

To Whom it May Concern,

    Oscar is a one of my closests uncles, I have always been very close to him, especially since growing up with his children. He has always been a very caring person and always so responsible. He is very caring about his family and friends always opened to help anyone in need. Oscar is generally a very helpful, family involved and a hard working person. It was a huge shock to everyone who knew him when finding out about the offense he had committed. It was extremely out of character of him. Oscar has showed huge regret of his poor decisions, he has showed how much he regrets all of the actions and decisions he made. I belive he will not commit another offense because he has learned a lot and would not want his family to go through anything traumatic like that again. Oscar wants to be more focused on his family and work. He wants to be more responsible and cautious of who he associates himself with.

Thank You,

Sonia Rodriguez