John Targowski  (Bar No. 226053)
**Targowski Law Office, PLLC**
4640 Admiralty Way Ste 500
Marina Del Ray, CA 90292
Telephone:  (310) 920 9177
Email: jtargo@icloud.com

Attorney for Defendant

OSCAR MORALES CAMACHO SR.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR MORALES CAMACHO SR.,<br><br>Defendant. | Case No.  CR 18-121(A)-SJO-5<br><br>**DEFENDANT'S LETTERS RE: SENTENCE HEARING**<br><br>Hearing Date: January 27, 2020<br><br>Hearing Time: 2:00 PM |
|---|---|

    Defendant Oscar Morales Camacho Sr., by and through his counsel of record, John Targowski, hereby submits the attached letters for this Court's consideration at sentencing.

    This filing is based on all files and records in this case and any further information requested by this Court at the time of sentencing.

DATED: January 21th, 2020          Respectfully Submitted,

                                     /s/        John Targowski
                                     John Targowski
                                     Attorney for Oscar Morales Camacho Sr.

**DEFEENDANT'S LETTERS RE SENTENCING HEARING**

## Exhibits

**Exhibit 4 Defendant's Letter to Court**

**Exhibit 5 Guillermo Camacho's Letter to Court, Defendant's Older Brother**

**Exhibit 6 Ester Garcia's Letter to Court, Defendant's niece**

**Exhibit 7 Andres Paz Letter to Court, Defendant's nephew**

Honorable Juez James Otero,

Por medio de la presente refiriendo me a mi caso de la corte de los cargos que me acusan quiero mandar le esta misiva refiriendo me a mi historial del tiempo que e vivido en los Estados Unidos desde 1973 a la fecha que e vivido en este país con un comportamiento excelente que todo este tiempo no e tenido ningún delito encontra la ley. Hasta hoy que se me acusa de este delito. Tal vez será porque no entendí las leyes de este país que son diferente a las que uno está acostumbrado en Mexico. Por no saber las leyes yo no pensé que era tan grabe las consecuencias de mis actos. Y de todo corazón estoy arrepentido de lo que paso. Yo nunca esperaba que esto me trajera estas consequencias. Tal vez por ignorancia de no saber y está informado de las leyes. Cuando llegue yo a este país me dedique solamente a trabajar. Todo el tiempo trabajé en diferentes lugares y contribuí muchos años a la economía de este país y lo sigo haciendo con mi trabajo. Al igual que contribuir para sacar a mi familia adelante.

De nuevo le reitero que estoy muy arrepentido de mis actos de todo corazón. Por las consecuencias que me está trayendo o me pueda traer por que tengo tres hijos hombres nacidos aquí y una hija nacida aquí, al igual que tres nietos y pienso yo que de ahí depende mi futuro en este país. En mi familia paterna y materna somos nueve hermanos que todos viven aqui en Estados Unidos. Una separación a mis 66 años sería devastador para mi y mi salud porque no estoy completamente bien de salud. Tengo algunos padecimientos como diabetes, alta precisión, y los resultados de todo esto serían devastadores para mi y mi familia. Mi esposa también está enferma del corazón y sería devastado para ella al igual que a mi una separación de esa manera estaría separada de mi familia por un error de no entender las leyes. Porque mis hijos y hermanos y toda mi familia están aquí en los Estados Unidos. Yo terminaría solo fuera de este país y sería devastador para mi salud. Yo entiendo que automáticamente sería la muerte para mi. Y no se lo que pasaría con mi familia y mi esposa que también tiene que estar tratada por su corazón. Yo en Mexico no tengo familia cercana. Tengo parientes retirados pero no los frecuento mucho ni me van apoyar como mis hermanos, mis hijos y mis nietos si los veo crecer.

Después de esto quisiera disfrutar con mis hijos, mis nietos, mis hermanos, y mi esposa en paz y estar en Harmonía con todos ellos. Porque ya soy una persona vieja y no se el destino. Ya estoy en una edad que tal vez mañana, en un mes, o en un año, o no se cuando pueda venir dios a recoger me a mi. El final de mis días quisiera pasar lo junto a mi familia como me la e pasado toda la vida en Harmonía y felicidad. No en amarguras y tristezas. Quisiera poder cenar de nuevo con todos mis hijos y ver como an crecido su familia. Quisiera disfrutar de nuevo caminas con mi esposa que en este tiempo desde occurio todo esto no emos podido porque nuestra salud a deteriorado mucho porque al igual que yo dos de mis hijos se encuentran involucrado en este problema. Tengo dos años que no puedo hablar con uno de ellos me puede mucho desde ese tiempo el tiene una hija a la que tal vez no podrá ver crecer por un error y no se yo cuando lo podré ver y habrazar de nuevo.

Atentamente,

*[signature]*

Oscar Morales Camacho

T R A N S L A T I O N

Honorable Judge James Otero,

I am hereby referring to the charges filed against me in court. I want to send this missive referring to my history living in the United States from 1973 to date.  In all the time that I have lived in this country, my behavior has been excellent and I have never committed any crime against the law. It is not until today that I am accused of a crime. Perhaps because I did not understand the laws of this country that are different to what we are accustomed to in Mexico. Because I didn't know the law, I didn't think that the consequences of my actions were so serious. And I am wholeheartedly remorseful of what happened.  I never expected this would bring about these consequences.  Perhaps due to my ignorance of not knowing and not being informed of the laws.  When I arrived to this country, I devoted myself only to work. The whole time, I worked in different places and I contributed to the economy of this country for many years and I continue doing so through my work.  As well as contributing to getting my family ahead.

Once again, I reiterate that I regret my actions with all my heart. Because of the consequences it is bringing me, or could bring me, because I have three male children born here and a daughter born here, as well as three grandchildren, and I believe that my future in this country depends on this. In my paternal and maternal family, we are nine siblings and we all live here in the United States. A separation at my 66 years of age would be devastating to me and to my health, because I am not completely in good health.  I suffer from diabetes, high blood pressure, and the results of all this would be devastating to me and to my family.  My wife also has heart disease, and a separation would be devastating to her, as well as to me, as would be being separated from my family in such a way, due to the error of not understanding the laws. Because my children and my siblings and all my family are here in the United States, I would end up alone out of the country, and it would be devastating to my health. I understand that would automatically mean death to me.  I don't know what would happen to my family and my wife who also needs treatment for her heart.  In Mexico, I have no close family.  I have retired relatives but I don't frequent them much nor would they support me as my siblings, my children and grandchildren would, if I were to see them grow.

After this, I want to enjoy my time with my children, my grandchildren and my siblings in peace and be in harmony with all of them, because I am an older person already and I don't know what the future holds.  I am at an age in which maybe tomorrow, in one month, or in a year, or I don't know when, God could come for me. I want to spend the rest of my days together with my family, just as I have all my life, in harmony and happiness. Not in bitterness or sadness. I would like to be able to have dinner again with all my children and see how their families have grown.  I would like to take walks again with my wife, because in the time since this occurred, our health has deteriorated a lot, because like me, two of my sons has been involved in this

problem.  I haven't been able to talk to one of them for two years and it hurts me a lot, because since then, he has had a daughter that perhaps he will not see grow because of an error and I don't know when I'll be able to see and hug him again.

Sincerely,

[SIGNATURE]

Oscar Morales Camacho

Mi nombre es Guillermo M. Camacho hermano mayor de Oscar M. Camacho crecimos juntos en Mexico, el todo el tiempo fue muy estudioso y en el tiempo libre ayudaba en la casa cuidando los animales que mis padres tenían después creció les ayudaba a trabajar en el campo, manejando un tractor y todo lo que se necesitaba, era su dedicación ayudar a mis padres, después se vino a Estados Unidos vivimos juntos y todo el tiempo fue muy trabajador y ordenado, después se matrimonio me toco vivir con ellos e igualmente su trabajo después del trabajo convivir con sus hijos después que nacieron, de pequeños jugaban deporte y todo el tiempo estubo alli apoyandolos ya fueran en el deporte y la escuela tuvimos una convivencia muy buena porque en Salinas vivíamos cerca y nos frecuentabamos seguido. Su historial ha sido ordenado y trabajador.

Gracias

Guillermo M. Camacho

T R A N S L A T I O N

Hi, my name is Guillermo M. Camacho, older brother of Oscar Camacho.  We grew up together in Mexico.  He was always been very studious and, in his free time, he would help around the house, taking care of the animals that my parents had.  After he grew up, he helped by working in the fields, driving a tractor and doing whatever was needed.  He was devoted to helping my parents.  After, he came to the United States we lived together and he was always a hard worker and very orderly.  After he got married, I got to live with him and the same, always his work [came first]. After work he would spend time with his children after they were born.  When they were small, they used to play sports, and he was always there, supporting them, be it in sports, and in school.  We had good times together because in Salinas we used to live close to each other and we would see each other regularly.  His history was as a hard-working and orderly person.

Thank you.

[SIGNATURE]

Guillermo M. Camacho

January 13, 2020

Your Honor,

I am the niece of my uncle Oscar Camacho, whom I see at least twice a month when I visit him and my aunt Esther Camacho. My uncle Oscar Camacho has a very calm demeanor and keeps to himself.

I was both troubled and surprised to hear about his case, as he has always been a quiet person. It is for this reason I write a letter of reference for my uncle Oscar Camacho regarding the matter. I understand the seriousness of this matter; however hope the court will show some leniency.

He enjoys cooking for himself and the family when we have family gatherings. His specialty dish is beef Birria, we jump for joy when we hear our Uncle Oscar is cooking for us.

My uncle has plans for his future, he has talked to me about retiring and enjoying time traveling with my aunt and watching his grandkids grow up.

It is my sincere hope the court considers this letter at the time of sentencing. Despite the current case, I still believe my uncle Oscar Camacho to be an honorable individual and good human being.

Sincerely,

*Esther Garcia*

Esther Garcia

831-235-2207

To whom it may concern,

My name is Andres C. Paz, my uncle has always been responsible, hard working & family oriented. I had the pleasure of growing up with him, aswell as my cousin thanks to soccer. I witnessed first hand how much he loved & supported his kids and always wanted nothing but the best for them. We frequently spent birthdays & holidays as a family & reminisce fond memories of the parents sitting at the dining table laughing, having a great time, while the kids played. My uncle would be in the kitchen cooking his delicous birria. I would be his taste tester, as everytime I came in the kitchen he would give me a piece & ask me to critique the food. He was always like a second father to me, pushing me to do good in school & striving as a great soccer player. Thank you

Sincerely,

[signature]